UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MAJOR LEAGUE SOCCER, LLC,                                   :
                                                            :
                           Plaintiff,    :    13 Civ. 6025 (JPO)
                                                            :
        -against-                                         :    ORDER
                                                            :
FEDERAL INSURANCE COMPANY,                                  :
                                                            :
                          Defendant.    :
                                                            :
------------------------------------------------------------X

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: SEP 05 2013]

J. PAUL OETKEN, District Judge:

       Defendant removed this action from the Supreme Court of New York, County of New York ("State court") on August 27, 2013 on the ground that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Plaintiff Major League Soccer, LLC ("MLS") is alleged to be a limited liability company ("LLC"). For purposes of diversity jurisdiction, an LLC has the citizenship of each of its members. The Complaint and the Notice of Removal, however, do not contain facts necessary to determine whether there is complete diversity between the parties, because they fail to plead the citizenship of each member of MLS. *See Handelsman v. Bedford Vill. Associates Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) ("[F]or purposes of diversity jurisdiction, a limited liability company has the citizenship of its membership." (citation omitted)); *see also Bartfield v. Murphy*, 578 F. Supp. 2d 638, 650 (S.D.N.Y. 2008). Instead, the Complaint only includes the principal place of business of MLS and the fact that it is formed under the laws of Delaware.

The defendant is hereby ORDERED to show cause by letter or affidavit by September 27, 2013 as to why the Complaint should not be remanded to State court for lack for subject matter jurisdiction.

SO ORDERED.

Dated: New York, New York
       September 5, 2013

_____
J. PAUL OETKEN
United States District Judge